NO. 12-10-00332-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

CHESTER SLAY, INDIVIDUALLY           §                      APPEAL
FROM THE 2ND

AND AS TRUSTEE OF

CHAMBERS FAMILY TRUST, 

APPELLANT

                                                                        

V.                                                                    §                      JUDICIAL
DISTRICT COURT 

 

 

DAVID DURRETT, ET AL,

APPELLEES                                                 §                      CHEROKEE
COUNTY, TEXAS







MEMORANDUM
OPINION

                                                                  PER
CURIAM

            Appellant
has filed an unopposed motion to dismiss this appeal.  In his motion, Appellant
states that the parties have reached a resolution of this dispute and Appellant
no longer wishes to pursue the appeal.  Because the parties have met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

Opinion delivered February 23, 2011.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

                                                                    (PUBLISH)